UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SRECKO DARNELL WALKER,
    a/k/a "RICO,"

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

### COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Cocaine)

Beginning on an unknown date and continuing from on or about November 18, 2021 through on or about October 4, 2022, in Muskegon County, in the Western District of Michigan, Southern Division, and elsewhere, the defendant,

SRECKO DARNELL WALKER,

knowingly and intentionally combined, conspired, confederated, and agreed with persons known and unknown to the Grand Jury to distribute and to possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

Before SRECKO DARNELL WALKER committed the offense charged in this count, he had a conviction for a serious drug felony, namely, possession with intent to distribute cocaine, Case Number 1:17-cr-264 in the United States District Court for the Western District of Michigan, for which he was sentenced on or about May 8, 2018, for

which he served more than 12 months of imprisonment, and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(ii)
21 U.S.C. § 851
21 U.S.C. § 802(57)

## COUNT 2
(Distribution of Cocaine)

On or about October 4, 2022, in Muskegon County, in the Southern Division of the Western District of Michigan, the defendant,

SRECKO DARNELL WALKER,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

Before SRECKO DARNELL WALKER committed the offense charged in this count, he was convicted of a felony drug offense, namely, possession with intent to distribute cocaine, Case Number 1:17-cr-264 in the United States District Court for the Western District of Michigan, which was an offense punishable by imprisonment for more than one year under the law of the United States.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 802(44)
21 U.S.C. § 851

## COUNT 3
(Possession with Intent to Distribute Cocaine)

On or about October 4, 2022, in Muskegon County, in the Southern Division of the Western District of Michigan, the defendant,

SRECKO DARNELL WALKER,

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

Before SRECKO DARNELL WALKER committed the offense charged in this count, he had a conviction for a felony drug offense, namely, possession with intent to distribute cocaine, Case Number 1:17-cr-264 in the United States District Court for the Western District of Michigan, which was an offense punishable by imprisonment for more than one year under the law of the United States.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 802(44)
21 U.S.C. § 851

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
AUSTIN J. HAKES
Assistant United States Attorney