UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff                         No. 1:22-cr-00162-HYJ

            vs                             HON. HALA Y. JARBOU
                                         Chief United States District Judge

SRECKO DARNELL WALKER,
      a/k/a "RICO," and
STEVEN RASIC,

              Defendants.
_____/

## GOVERNMENT PROPOSED STATEMENT OF THE CASE

The United States hereby submits this proposed statement of the case:

This case involves three criminal charges. I will summarize them for you now.

In Count 1, both Srecko Walker and Steven Rasic are charged with conspiring with each other, as well as Hugo Oziel Benavides, and/or others to distribute cocaine between at least January 24, 2021 and continuing until on or October 4, 2022, in Muskegon County, in the Western District of Michigan. For you to find the defendants guilty of conspiracy to distribute cocaine, the United States must prove the following elements beyond a reasonable doubt: first, one or both of the defendants and at least one other person conspired or agreed to distribute cocaine or possess cocaine with the intent to distribute it; and second, one or both of the defendants knowingly and voluntarily joined the conspiracy. The defendants deny this charge.

In Count 2, Defendant Srecko Walker is charged with distribution of cocaine on or about October 4, 2022, in Muskegon County, in the Western District of Michigan.  For you to find the defendant guilty of distribution of cocaine, the United States must prove the following elements beyond a reasonable doubt: first, the defendant knowingly or intentionally sold, delivered, or transferred cocaine; and the defendant knew at the time of the distribution that the substance sold, delivered, or transferred was a controlled substance. The defendant denies this charge.

In Count 3, Defendant Srecko Walker is charged with possession with intent to distribute cocaine on or about October 4, 2022, in Muskegon County, in the Western District of Michigan.  For you to find the defendant guilty of possession with intent to distribute cocaine, the United States must prove the following elements beyond a reasonable doubt: first, the defendant knowingly or intentionally possessed cocaine; and second, the defendant intended to distribute the cocaine. The defendant denies this charge.

The defendants have pled not guilty to the three crimes charged. They are presumed innocent of all charges unless and until the United States presents evidence proving each element of each offense beyond a reasonable doubt. The charges will be explained in greater detail later when I give you the jury instructions.

Respectfully Submitted,

MARK A. TOTTEN
United States Attorney

Dated: October 15, 2024

/s/ Stephanie M. Carowan
STEPHANIE M. CAROWAN
AUSTIN J. HAKES
Assistant United States Attorneys
330 Ionia Ave NW Ste 501
Grand Rapids, MI 49503
(616) 456-2404